**SWEDISH IRON & STEEL CORPORATION, Appellant, v. William H. EDWARDS, Appellee.**
No. 369.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

Ten Eyck R. Beardsley, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment (1 F. Supp. 335) affirmed on authority of U. S. v. Henry Prentiss & Co., 288 U. S. 73, 53 S. Ct. 283, 77 L. Ed. 626.

**SWEET CANDY COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**
No. 1056.

Circuit Court of Appeals, Tenth Circuit.
March 19, 1934.

Charles D. Hamel, of Washington, D. C., for petitioner.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition dismissed for failure to prosecute.

**Minnie V. TAFT et al. v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.**
No. 1016.

Circuit Court of Appeals, Tenth Circuit.
Jan. 10, 1934.

M. M. Thomas, of Oklahoma City, Okl., for appellants.

Embry, Johnson, Crowe & Tolbert, of Oklahoma City, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**George Franklin TAYLOR v. UNITED STATES of America.**
No. 1023.

Circuit Court of Appeals, Tenth Circuit.
Jan. 18, 1934.

R. M. Mountcastle, of Muskogee, Okl., for appellant.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.